```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 07000
    ALEX JEROME PETERSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-2717


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/24/2008 and was confirmed 05/29/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   CURRENT MORTG           .00              .00            .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE           .00              .00            .00
THE BANK OF NEW YORK TRU  CURRENT MORTG           .00              .00            .00
THE BANK OF NEW YORK TRU  MORTGAGE ARRE       3500.00              .00            .00
CONDOR CAPITAL CORP       SECURED VEHIC      16016.00           201.22        1424.69
ASSET ACCEPTANCE LLC      UNSECURED            535.38              .00            .00
ASSET ACCEPTANCE LLC      UNSECURED            299.50              .00            .00
MCI COMMUNICATION         UNSECURED          NOT FILED             .00            .00
HOLLYWOOD VIDEO           UNSECURED          NOT FILED             .00            .00
SUBURBAN EMERGENCY PHYSI  UNSECURED          NOT FILED             .00            .00
NICOR GAS                 UNSECURED          NOT FILED             .00            .00
RMI/MCSI                  UNSECURED           1000.00              .00            .00
RMI/MCSI                  UNSECURED          NOT FILED             .00            .00
RMI/MCSI                  UNSECURED          NOT FILED             .00            .00
RMI/MCSI                  UNSECURED          NOT FILED             .00            .00
TARGET                    UNSECURED          NOT FILED             .00            .00
CONDOR CAPITAL CORP       UNSECURED            214.76              .00            .00
BANK OF NEW YORK TRUST    NOTICE ONLY        NOT FILED             .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY        2,300.00                         1,189.29
TOM VAUGHN                TRUSTEE                                               244.80
DEBTOR REFUND             REFUND                                                   .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                3,060.00

PRIORITY                                              .00
SECURED                                          1,424.69
    INTEREST                                       201.22
UNSECURED                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 07000 ALEX JEROME PETERSON
```

```
ADMINISTRATIVE                                                 1,189.29
TRUSTEE COMPENSATION                                             244.80
DEBTOR REFUND                                                        .00
                                       ---------------    ---------------
TOTALS                                        3,060.00           3,060.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
  Dated: 01/27/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                         PAGE   2
        CASE NO. 08 B 07000 ALEX JEROME PETERSON